## CLAPP *vs.* WALTON, administrator.

This being an issue whether certain land was vacant and subject to headright, or was the property of the caveator, and the evidence being somewhat conflicting, the jury having found for the caveator, and the presiding judge having approved the finding, a new trial will not be granted.

Judgment affirmed.    (Head-note by the court.)

November 23, 1886.

JACKSON, Chief Justice.

---

## JOHNSON *vs.* MORRISON, BAIN & COMPANY.

There is sufficient evidence to sustain the finding, and there being no question of law in this case and no erroneous ruling suggested or assigned, it follows that there is nothing on which this court can pass, and it must therefore order the judgment affirmed.    (Head-note by the court.)

December 21, 1886.

HALL, Justice.